UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN L. COLLINS,<br><br>Defendant. | No. 2:16-PO-105-JTR<br><br>ORDER DENYING AS MOOT THE UNITED STATES' MOTION TO RECONSIDER |

On Motion of Defendant, ECF No. 14, the Court recently modified Defendant's conditions of release by specifying that as a condition of pretrial release Defendant was required to first report to security personnel at the Veterans Administration Mann-Grandstaff medical facility whenever visiting that facility, but that he was not required to first report to security personnel if he appeared at other VA facilities.

While the United States did not timely respond to this Motion by Defendant, the United States did offer an explanation for its untimely reply, and requested reconsideration of the Court's decision. ECF No. 24.

In open court this date, the Court declined to revive the competing motions *per se*, but on the Court's own motion and pursuant to 18 U.S.C. § 3142(c)(3), both parties were invited to address conditions of release.

The United States argued that the specific facts alleged in support of this Disorderly Conduct case justified applying the terms of release to all VA facilities, but could not tell the Court whether other VA facilities were utilized by Defendant, or had "security personnel" to report to. The Defendant argued that he would prefer

ORDER - 1

to travel to a VA facility where he did not have to report to security personnel, because the condition applicable to Mann-Grandstaff was "humiliating."

There being no indication that the present conditions hamper Defendant's access to medical care, and no indication that Defendant was medically required to seek care at any other VA facility, and no prohibition on the Mann-Grandstaff VA facility from notifying other VA facilities of security concerns regardless of the conditions of release, the Court declines to alter the conditions of release presently in effect.

The United States' Motion, **ECF No. 24**, is **DENIED** as moot.

**IT IS SO ORDERED.**

DATED August 16, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2